People ex rel. Calixte v Nassau County Dist. Attorney

2026 NY Slip Op 02050

April 6, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Joseph L. Calixte, Jr., petitioner,

v

Nassau County District Attorney, et al., respondents.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 6, 2026

2025-15046

Cheryl E. Chambers, J.P.

Helen Voutsinas

Carl J. Landicino

Laurence L. Love, JJ.

Joseph L. Calixte, Jr., East Meadow, NY, petitioner pro se.

Anne T. Donnelly, District Attorney, Mineola, NY (Paula Cajdler of counsel), respondent pro se.

[*1]

DECISION & JUDGMENT

Writ of habeas corpus in the nature of an application to release Joseph L. Calixte, Jr., upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment No. 70090/2017.

ADJUDGED that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230).

CHAMBERS, J.P., VOUTSINAS, LANDICINO and LOVE, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court